FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ FEB 27 2015 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                         :

CEMENT AND CONCRETE WORKERS DISTRICT  :    14-CV-2542 (ARR)(RML)
COUNCIL WELFARE FUND, PENSION FUND,    :
ANNUITY FUND, EDUCATION AND TRAINING  :    <u>NOT FOR ELECTRONIC</u>
FUND and OTHER FUNDS, et al.,              :    <u>OR PRINT PUBLICATION</u>
                         :

          Plaintiffs,            :    <u>ORDER</u>
                         :

     -against-                 :
                         :

ARBOR CONCRETE CORP.,           :
                         X

         Defendant.

--------------------------------------------------------------------

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated
February 11, 2015, from the Honorable Robert M. Levy, United States Magistrate Judge. No
objections have been filed. Accordingly, the court has reviewed the Report and
Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed.
R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-
CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having
reviewed the record, I find no clear error in Magistrate Judge Levy's thorough and well-reasoned
analysis.[1] I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the
Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the court grants plaintiffs' motion and awards default judgment against
defendant, consisting of (1) dues and unpaid contributions in the amount of $18,232.42; (2)
interest in the amount of $9,516.17 plus $8.99 per diem from July 1, 2014 through the date of

---

[1] The court notes one small typographical error in the recommendation of judgment, where the total interest should
be in the amount of $9,516.17 rather than $9,256.10.

1

entry of judgment; (3) liquidated damages in the amount of $8,307.37 plus $4.10 per day from July 1, 2014 through the date of entry of judgment; (4) $1,260 in attorney's fees; and (5) $510 in costs. The Clerk of Court is directed to enter judgment accordingly. Plaintiffs are hereby directed to serve copies of this order upon defendant by first-class mail and to promptly file proof of service with the Clerk of Court.

SO ORDERED.


_____/s/_____

Allyne R. Ross
United States District Judge

Dated: February 27, 2014
       Brooklyn, New York